IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| **MILLER AUTO PARTS & SUPPLY COMPANY, INC.**, | ) ) | **CASE NO. 14-68113-mgd** |
| _____ | ) | |
| IN RE: | ) | |
| | ) | |
| **JOHNSON INDUSTRIES, INC.**, | ) | **CASE NO. 14-68111-mgd** |
| _____ | ) | |
| IN RE: | ) | |
| | ) | |
| **MILLER AUTO PARTS & PAINT COMPANY, INC., and** | ) ) | **CASE NO. 14-68114-mgd** |
| _____ | ) | |
| IN RE: | ) | |
| | ) | |
| **AUTOPARTSTOMORROW.COM, LLC** | ) | **CASE NO. 14-68116-mgd** |
| _____ | ) | |

## MOTION FOR JOINT ADMINISTRATION

COME NOW, Miller Auto Parts & Supply Company, Inc., Johnson Industries, Inc., Miller Auto Parts & Paint Company, Inc., and AutoPartsTomorrow.com, LLC, debtors and debtors-in-possession (collectively, the "**Debtors**"), pursuant to Federal Rule of Bankruptcy Procedure 1015, and file this their Motion for Joint Administration of their Chapter 11 cases and respectfully show the Court as follows:

1.

Johnson Industries, Inc., ("**Johnson**") filed its voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**") on September 15, 2014. Johnson remains in possession and control of its estate pursuant to 11 U.S.C. §§1107 and 1108.

2.

Miller Auto Parts & Supply Company, Inc., ("**Miller Auto**") filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code on September 15, 2014.  Miller Auto remains in possession and control of its estate pursuant to 11 U.S.C. §§1107 and 1108.

3.

Miller Auto Parts & Paint Company, Inc., ("**Miller Paint**") filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code on September 15, 2014.  Miller Paint remains in possession and control of its estate pursuant to 11 U.S.C. §§1107 and 1108.

4.

AutoPartsTomorrow.com, LLC, ("**APT**") filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code on September 15, 2014.  APT remains in possession and control of its estate pursuant to 11 U.S.C. §§1107 and 1108.

5.

Johnson, Miller Auto, Miller Paint and APT are "related" within the meaning of Federal Rule of Bankruptcy Procedure 1015(b).  Miller Auto is the parent company of Johnson, Miller Paint and APT and each are a wholly owned subsidiary of Miller Auto.

6.

All four (4) cases have been assigned to the Honorable Mary Grace Diehl.

7.

The Debtors request that their bankruptcy cases be jointly administered by the Court such that a single docket is utilized for matters relating to the administration of the estates.  The Debtors request that separate files be maintained for proofs of claim.

8.

The proposed style of the procedurally consolidated cases is as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| **MILLER AUTO PARTS & SUPPLY** | ) | Jointly Administered Under |
| **COMPANY, INC., et al.,** | ) | CASE NO. 14-68113-mgd |
| | ) | |
| **Debtors.** | ) | |

9.

The Debtors request that all pleadings, notices, orders or other papers, other than proofs of claim, for any of the Debtors be filed in a single original and entered on a single docket, under the Case Number assigned for Miller Auto.

10.

The Debtors do not request substantive consolidation at this time.

11.

The Debtors are not aware of any administrative or scheduling orders entered in any of the cases which would require modification.

12.

Attached hereto is a proposed consolidated master mailing list which would be the master mailing list for use in the jointly administered cases.

13.

The Debtors believe that creditors of the estates will not be prejudiced by joint administration of these cases, and that such administration is in the best interests of all creditors

and parties in interest because it will reduce the costs of administration.

WHEREFORE, the Debtors request that for ease of administration, convenience and economy, the Court enter an order for the joint administration of these cases, and provide such other and further relief as may be just and proper.

This 15th day of September, 2014.

SCROGGINS & WILLIAMSON, P.C.

| | |
|---|---|
| 1500 Candler Building | /s/  Ashley R. Ray |
| 127 Peachtree Street, NE | J. ROBERT WILLIAMSON |
| Atlanta, Georgia 30303 | Georgia Bar No. 765214 |
| T:  (404) 893-3880 | ASHLEY REYNOLDS RAY |
| F:  (404) 893-3886 | Georgia Bar No. 601559 |
| E:  rwilliamson@swlawfirm.com | |
|     aray@swlawfirm.com | *Counsel for the Debtors* |